# Court of Appeals
# of the State of Georgia

ATLANTA, December 23, 2015

*The Court of Appeals hereby passes the following order*

## A16I0084. SHIRLEY WRIGHT v. MERRICK TIMBERWOODS, LLC d/b/a MILLBROOK POINTE APARTMENTS et al. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015RCSC600



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, December 23, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*